UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL C. CANADY,

               Petitioner,

-vs-                                       Case No.  8:04-cv-341-T-24TGW

DUFFIE HARRISON and CHARLIE CRIST,
ATTORNEY GENERAL OF THE STATE OF
FLORIDA,

               Respondents.
_____/

**ORDER**

      The Court denied Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. Petitioner filed a notice of appeal, a motion for leave to proceed on appeal in forma pauperis, and an application for certificate of appealability.

      To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

      Accordingly, the Court orders:

      1. That Petitioner's application for a certificate of appealability (Doc. No. 19) is denied.

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

    2. That Petitioner's motion for leave to proceed on appeal in forma pauperis (Doc. No. 18) is denied.

    ORDERED in Tampa, Florida, on September 28, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Counsel of Record
Pro se:  Michael C. Canady